# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRANDON  SCAMMAHORN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-01925-JMS-MJD |
| | ) | |
| SUPERINTENDENT NEW CASTLE | ) | |
| CORRECTIONAL FACILITY, | ) | |
| | ) | |
| Respondent. | ) | |

## Entry and Order Dismissing Action

"In general a case becomes moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." *Murphy v. Hunt,* 455 U.S. 478, 481 (1982) (quoting *United States Parole Comm'n v. Geraghty,* 445 U.S. 388, 396 (1980)) (internal quotation marks omitted). ).

Petitioner Scammahorn seeks a writ of habeas corpus to invalidate a prison disciplinary proceeding identified as No. NCF 14-06-0310.  On February 5, 2015, Indiana Department of Correction dismissed the disciplinary case, dismissed the sanctions, and expunged the matter from Scammahorn's record. This is all the relief Scammahorn could have obtained in this habeas litigation and it is this which renders the matter moot.

A claim which is moot must be dismissed for lack of jurisdiction. *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997). The respondent's motion to dismiss [dkt 8] is **granted.**

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date:     03/12/2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

BRANDON SCAMMAHORN
184605
NEW CASTLE - CF
Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

Electronically Registered Counsel